FILED
JAN 0 7 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>PERRY LEE PARKS,<br>Defendant. | § CRIMINAL NO. A20 CR 007 LY<br>§<br>§ INDICTMENT<br>§<br>§ [Ct. I – Vio: 18 USC § 922(g) – Felon in<br>§ Possession of a Firearm |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 922(g)]

On or about September 8, 2019, in the Western District of Texas, the Defendant,

PERRY LEE PARKS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock, Model 17 GEN 4, 9mm caliber pistol, bearing serial no. BCPL439, and the firearm was in and affecting commerce in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(2).

A TRUE BILL:

SIGNATURE REDACTED PURSUANT
TO E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Daniel M. Castillo
Assistant United States Attorney

**SEALED**